ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544–0200
Fax:       (209) 544-1860

Attorney for Defendant
Wenceslao Grijalba Rosales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00377 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| WENCESLAO GRIJALBA ROSALES, ) | |
| Defendants. ) | |

The defendant, WENCESLAO GRIJALBA ROSALES, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney DANIEL S. MCCONKIE, hereby stipulate and request the following:

That the Court change the status conference in the above-captioned case from January 8, 2010, to **January 29, 2010, at 9:00 a.m.** for Entry of Plea**.**

The defense counsel just received a proposed plea agreement today as well as the agent's report from the safety valve debrief. Defense counsel needs additional time to review the plea agreement with the defendant and a certified

1

interpreter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from January 8, 2010 through January 29, 2010, for case resolution under 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

Dated: January 5, 2010

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
Wenceslao Grijalba Rosales

Dated: January 5, 2010

/s/ Daniel S. McConkie
DANIEL S. MCCONKIE
Assistant United States Attorney

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the date, change of hearing, and exclusion of time are in the interest of justice.

Dated: January 5, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3