ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209) 544–0200
Fax:         (209) 544-1860

Attorney for Defendant
Wenceslao Grijalba Rosales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00377 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER** |
| WENCESLAO GRIJALBA ROSALES, | |
| Defendants. | |

The defendant, WENCESLAO GRIJALBA ROSALES, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney DANIEL S. MCCONKIE, hereby stipulate and request the following:

That the Court change the status conference in the above-captioned case from March 12, 2010, to **April 23, 2010, at 9:00 a.m.** for Entry of Plea.

The defense counsel received a proposed plea agreement and reviewed the plea agreement with the defendant and a certified interpreter on Wednesday, March 3, 2010.  Defense counsel and the government attorney are in ongoing plea

1

negotiations. They are diligently working to resolve their differences. The case is likely to resolve but the parties need additional time to craft an mutually acceptable resolution. For these reasons, as well as defense counsel's continuing need to prepare and to confer with his client, both parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act (under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4) from March 12, 2010 through April 23, 2010 for case resolution.

Dated: March 9, 2010

Respectfully submitted,

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant

Dated: March 9, 2010

/s/ Daniel S. McConkie
DANIEL S. MCCONKIE
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the best interest of the public and the defendants in a speedy trial, and therefore the date, change of hearing, and exclusion of time are in the interest of justice under Local Code T4.

Dated:  March 15, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2