ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544–0200
Fax:            (209) 544-1860

Attorney for Defendant
Wenceslao Grijalba Rosales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00377 GEB |
| Plaintiff, | |
| v. | |
| WENCESLAO GRIJALBA ROSALES, | **AMENDED STIPULATION AND** |
| Defendants. | **PROPOSED ORDER** |

    The defendant, WENCESLAO GRIJALBA ROSALES, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney DANIEL S. MCCONKIE, hereby stipulate and request the following:

    That the Court change the status conference in the above-captioned case from July 23, 2010, to September 10, 2010**, at 9:00 a.m.** for Entry of Plea**.**

    The United States Attorney, Daniel McConkie, will be unavailable on July 23, 2010 due to a Jury Trial in another matter that is to last 2 to 3 days.  Further, Mr. McConkie needs additional time to set up an interview with the defendant and

1

U.S. Forest Agents from Weaverville, California to set up one more debrief.

    For these reasons, both parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 23, 2010 through September 10, 2010, for case resolution under 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

Dated: July 21, 2010

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant

Dated: July 21, 2010

/s/ Daniel S. McConkie
DANIEL S. MCCONKIE
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the date, change of hearing, and exclusion of time are in the interest of justice.

Dated: July 21, 2010

GARLAND E. BURRELL, JR.
United States District Judge