1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  09-377 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| GRIJALBA ROSALES-WENCESLAO, | ) ) | |
| Defendant. | ) ) ) | |

   The parties request that the status conference currently set for Friday, September 10, 2010 at 9:00 a.m., be continued to Friday, October 29, 2010 at 9:00 a.m., and stipulate that the time beginning Friday, September 10, 2010 and extending through October 29, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

   The parties are currently involved in pre-trial negotiations and discussing possible resolutions. The case is likely to resolve but more time is needed for defense counsel to meet and confer with his client, for the attorneys to continue their negotiations, and for the government to conduct follow-up investigation based on facts that have come to light in the negotiations.

   Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.

1

The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 9, 2010    By:    */s/ Daniel S. McConkie*
DANIEL S. McCONKIE
Assistant U.S. Attorney

DATED: September 9, 2010    By:    */s/ Daniel S. McConkie* for
Robert Forkner
Attorney for the Defendant
by telephonic authorization

## ORDER

The status conference currently set for Friday, September 10, 2010 at 9:00 a.m., is continued to October 29, 2010 at 9:00 a.m., and the time beginning September 10, 2010 and extending through October 29, 2010 is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

Dated:  September 10, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2