1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  09-377 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| GRIJALBA ROSALES-WENCESLAO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties request that the status conference currently set for Friday, October 29, 2010 at 9:00 a.m., be continued to Friday, December 17, 2010 at 9:00 a.m., and stipulate that the period of time between and including those dates should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The parties are still actively involved in pre-trial negotiations and discussing possible resolutions.  The case is likely to resolve.  Defense counsel needs more time to meet and confer with his client and the government is conducting further investigation into certain defense claims.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.

1

The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 25, 2010    By: */s/ Daniel S. McConkie*
DANIEL S. McCONKIE
Assistant U.S. Attorney

DATED: October 25, 2010    By: */s/ Daniel S. McConkie* for
Robert Forkner
Attorney for the Defendant
by telephonic authorization

**ORDER**

The status conference currently set for Friday, October 29, 2010 at 9:00 a.m., is continued to December 17, 2010 at 9:00 a.m., and the time period between and including those dates is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

[signature]

GARLAND E. BURRELL, JR.
United States District Judge