ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209) 544–0200
Fax:             (209) 544-1860

Attorney for Defendant
Wenceslao Grijalba Rosales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00377 GEB |
| Plaintiff, | **STIPULATION AND PROPOSED** |
| v. | **ORDER** |
| WENCESLAO GRIJALBA ROSALES, | |
| Defendants. | |

The defendant, WENCESLAO GRIJALBA ROSALES, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney DANIEL S. McCONKIE, hereby stipulate and request the following:

That the Court change the status conference in the above-captioned case from December 17, 2010, to February 4, 2011**, at 9:00 a.m.** for Entry of Plea**.**

The parties have been unable to coordinate a meeting with the U.S. Forest Agents from Weaverville, California to set up one more debrief.  Defense counsel was unavailable from November 8, 2010 to December 8, 2010 due to a jury trial

1

before the Honorable Judge Garcia.

Further, defense counsel has a previously scheduled seven defendant preliminary hearing in Tuolumne County. For these reasons, both parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from December 17, 2010 through February 4, 2011, for case resolution under 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

Dated: December 14, 2010

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant

Dated: December 14, 2010

/s/ Daniel S. McConkie
DANIEL S. MCCONKIE
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the date, change of hearing, and exclusion of time are in the interest of justice.

Dated: December 16, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2